No. 11–10896. ORTIZ-RODRIGUEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10898. JUVENILE MALE ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10900. LARSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–10901. LASHINSKY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10902. MARTEN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–10903. WILKINS v. FREITAS. C. A. 9th Cir. Certiorari denied.

No. 11–10904. THOMAS v. ALABAMA BOARD OF PARDONS AND PAROLES. Ct. Crim. App. Ala. Certiorari denied.

No. 11–10905. TURNER v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–10906. TISIUS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 11–10907. MOORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–10908. MELENDEZ-ROCHA v. UNITED STATES; and
No. 11–10972. GARCIA v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 666 F. 3d 492.

No. 11–10910. BAK v. DONAHOE, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10911. ALJAZI v. STATE FARM INSURANCE. Ct. App. Mich. Certiorari denied.

No. 11–10912. BAEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10914. PATTERSON v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.